UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SONIA PAUL

V.                                                              D.N.  21 cv 968 (___)

ETHAN ALLEN RETAIL, INC.                    JULY 13, 2021

## COMPLAINT

### I. Parties

1. The Plaintiff, Sonia Paul is a resident of Stratford, Connecticut.  She is a member of a protected class as she is African-American.

2. The Defendant is Ethan Allen Retail, Inc. ("Ethan Allen").  Ethan Allen is a Corporation doing business in Danbury, Connecticut and employs in excess of 250 employees.  It has a business address at Ethan Allen Drive, Danbury, Connecticut.

### II. Jurisdiction, Venue and Equitable Relief

3. This action against Ethan Allen arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e et seq.,  It also arises under Connecticut General Statutes Sections 46a-60(a)(1).  This Honorable Court has jurisdiction over this action pursuant to Title VII.

4. The Plaintiff has exhausted the administrative remedies made available to her by filing her claims with the Connecticut Commission on Human Rights and Opportunities ("CCHRO") Case Number 213 0199 and the Equal Employment Opportunities Commission ("EEOC") Case Number 16 A 2021 00162 and then requesting a release of jurisdiction and having the request granted by way of a "Release of Jurisdiction" from the CCHRO June 7, 2021 (attached).

5. Venue is proper in this District and Division pursuant to the Title VII of the Civil Rights Act of 1964 because a substantial part of the events giving rise to Plaintiff's claim arose here and one or more of the breaches of which Plaintiff complains occurred here.

**III. Statement of Facts**:

6. The Plaintiff is an African-American Female who became employed with Defendant Ethan Allen in August, 1998 as a "Visual Merchandiser".

7. The Plaintiff's last job with Ethan Allen was as a Design Consultant. She earned a base salary of approximately $45,000 plus commission. Her commission for 2019 was approximately $20,000.

8. Ethan Allen is a company which sells furniture with a headquarters in Danbury, Connecticut with a location in Milford, Connecticut and employs approximately 4,700 employees.

9. The Plaintiff had been a loyal employee doing an exemplary job for the company for approximately 22 years. She had always gone above and beyond in the interest of helping the company succeed. She have consistently received raises and above average performance reviews.

10. In 2017, the Plaintiff was working as a "Design Consultant" in the Milford, Connecticut design center when Tina Balboni, a Caucasian, female was hired as a "Design Center Manager".

11. In 2018 the Plaintiff wrote a letter to the CEO of Ethan Allen, Faroog Kathwari in which she mentioned that she had concerns about her position in Milford. He responded via email saying thank you for reaching out and he said he would be in touch.

12. The morning after the Plaintiff received his email, Leslie Bouchard, Senior Director of Human Resources came to Milford and interviewed everyone working that day. The Plaintiff was not there. It was her day off. Leslie Bourchard did not call the Plaintiff that day and did not let the Plaintiff know that she was questioning the Plaintiff's co-workers until the following day. Nothing came of the "investigation".

13. In 2018, the Plaintiff filed a complaint of discrimination with Ethan Allen's human resource department in regard to Tina because she was treating the Plaintiff adversely on the basis of her race and she was making discriminatory comments about the Plaintiff's gay daughter.

14. Later in 2018, Ethan Allen hired attorneys to investigate the Plaintiff's discrimination claims. The Ethan Allen investigation claimed there was no discrimination.

15. In 2018 Clint Fenn was hired as a Vice President. He moved Tina Balboni to the Clinton Design Center to ally the Plaintiff's concerns about Tina. Within two months of Tina being moved, Clint was fired.

16. Toward the end of 2019, Andrea Chasanoff became Senior District Design Manager of Milford. She was the supervisor for the Plaintiff's supervisor Mr. Frank Fanelli. Andrea and human resources began to single the Plaintiff out for negative treatment on the basis of her race in 2019 and 2020.

17. In 2020, Frank was terminated. The reason given by Andrea was that he "stole a chair". After Andrea and human resources terminated Frank they attempted to terminate the Plaintiff. The Plaintiff was called into Andrea's office and she told the Plaintiff that the company thought the Plaintiff stole a chair as well. Andrea and human resources determined that the Plaintiff had not stolen a chair when the Plaintiff showed Andrea an employee purchase form.

18. In March, 2020, Ethan Allen's Milford location shut down due to COVID.

19. On April 12, 2020, the Milford location laid off all but two designers (both Caucasian). The Plaintiff was laid off.

20. In June, 2020 Andrea brought back Kimberly Westfield (Caucasian) who had sales numbers that were lower than the Plaintiff's and who had only been with the company approximately two years.

21. In July, 2020 Andrea brought back Alexandra Smith (Caucasian) who had less than one year with Ethan Allen and poor sales.

22. The Plaintiff was never brought back. Andrea told the Plaintiff in July that the Plaintiff was laid off indefinitely. The Plaintiff was told by Andrea that if Ethan Allen brought designers back, the Plaintiff would be the first to be considered. However, in September, 2020, Andrea re-hired Audrey (Caucasian) for the Stamford, Connecticut design center.

**IV. Count One: Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e et seq.**

23. The Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e et seq. by discriminating against the Plaintiff on the basis of her race.

**V. Count Two: Violation of Connecticut General Statutes Section 46a-60**:

24. The Defendant violated the provisions of Connecticut General Statutes Section 46a-60 by discriminating against the Plaintiff on account of the Plaintiff's race.

**VI. Damages/Prayer for Relief**:

25.  As a result of Ethan Allen's unequal treatment and discriminatory treatment of the Plaintiff the Plaintiff has suffered damages

26.  As to all Counts, the Plaintiff prays for the following:

    a.  Compensatory Damages;

    b.  Economic Damages;

    c.  Equitable Damages;

    d.  Attorney's Fees and Costs;

    e.  Punitive Damages;

    f.  All Other Damages Available.

THE PLAINTIFF:


By:___/s/ Daniel H. Kryzanski ct 15620
      Daniel H. Kryzanski, Esq.
      Law Offices of Daniel H. Kryzanski
      30 Ferry Blvd. #2
      Stratford, CT 06615
      Phone: (203) 380-1384
      Fax: (203) 380-1598
      Bar: CT 15620